**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

March 9, 2010

Clerk, U.S. Bankruptcy Court

RE: Robert A. & Cara D. Kersavage jr.
    Bankruptcy Case No. 5-04-54785
    Unclaimed Funds For: PHEAA
                  PO Box 1463
                  Harrisburg PA 17105

Dear Clerk:

    Enclosed herewith please find check No.766723 for $2,614.58 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                Very truly yours,

                                Carol A. Kreider
                                Funds Manager